UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: ) BK No.: 18-12879
Jimmy L Coleman and Sonya C. Kemp )
) Chapter: 13
) Honorable LaShonda Hunt
Debtor(s) )

**ORDER DENYING AS UNNECESSARY MOTION TO APPROVE AND AUTHORIZE LOAN MODIFICATION AGREEMENT**

This matter coming to be heard on the motion of the Debtor for approval of a modification of an existing loan; after due notice having been given and the opportunity for a hearing thereon and the Court being fully advised of the matter herein,

IT IS HEREBY ORDERED THAT:

The motion is denied. There is no provision of the Bankruptcy Code that calls for the Court to approve a modification of an existing loan agreement. The parties are free to go forward with the transaction without Court approval.

Enter:

*[signature: LaShonda A. Hunt]*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: August 06, 2018